IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-04-188 |
| JAMES MACEO RAMEY, *et al.* | § | |

**O R D E R**

Defendant James Ramey posted a cash deposit of $5000.00 for the bond issued in this criminal action. The defendant was sentenced on October 10, 2007 and has now completed that sentence. The government has indicted the defendant in case H-08-cr-502, *United States of America v. James Ramey, et al.* The defendant has requested that his cash deposit from this case be transferred to H-08-cr-502 as a bond deposit. The Financial Section of the Clerk's Office has verified that the funds are still in the registry of the court. The court orders that these funds be disbursed from case H-04-cr-188 and be placed in an account for case H-08-cr-502.

SIGNED on August 14, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge